CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
### Southern District of California



**FILED**
Jul 10 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ armincortez  DEPUTY

Curtis Lee Bess
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

BESS Family Leonard H Bess SR Audrey Ivans Bess
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. **'25CV1771 BJC MMP**
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Curtis Lee Bess |
| Street Address | 1140 E 4th st |
| City and County | National City |
| State and Zip Code | CA 91950 |
| Telephone Number | 619 352 5911 |
| E-mail Address | CurtisLBess98@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

1

Defendant No. 1

Name: Leonard H Bess SR
Job or Title (if known): 1040 E Washington Ave #5 MGR
Street Address: 1040 E Washington Ave #5
City and County: El Cajon Ca    SD
State and Zip Code: CA 92020
Telephone Number: 619 869 3021
E-mail Address (if known):

Defendant No. 2

Name: Audrey Irene Bess Libson
Job or Title (if known): 1040 E Washington Ave 5 MGR
Street Address: 1040 E Washington Ave 5
City and County: El Cajon    SD
State and Zip Code: CA 92020
Telephone Number: 619 869 3031
E-mail Address (if known):

Defendant No. 3

Name: Dawn Nicilori Stoakley Ausmus Bess
Job or Title (if known): Int-il
Street Address: 1040 E Washington Ave 56
City and County: Sandiego El Cajon Ca SD
State and Zip Code: CA 92020
Telephone Number: 619 961 5655
E-mail Address (if known):

Defendant No. 4

Name: Leonard H Bess JR
Job or Title (if known): Cable TV
Street Address: 1040 E Washington Ave 28
City and County: El Cajon    SD
State and Zip Code: CA 92020
Telephone Number:
E-mail Address (if known):

Peggy Sue Bess Hildebrand
Mary Elizabeth Bess Haverdish

2

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Question    ☐ Diversity of Citizenship    ☑ U.S. Government Defendant

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

We shall be paid for our Diversified work for the Complaynment to the Govt

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Carlos Lee Bess, is a citizen of the State of *(name)* California. Or is a citizen of *(foreign nation)* United States.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* Bess Family, is a citizen of the State of *(name)* California. Or is a citizen of *(foreign nation)* United States.

    b. If the defendant is a Limited Liability Company (LLC)

    The defendant LLC's individual members, *(names)* Unknown are citizens of the following States or foreign nations *(names)*:

    _____

3

    c.    If the defendant is a corporation

The defendant, *(name)* _Leonard of Bess JR_, is incorporated under the laws of the State of *(name)* _Ca._, and has its principal place of business in the State of *(name)* _California_.

Or is incorporated under the laws of *(foreign nation)* _New Orleans_, and has its principal place of business in *(name)* _CA_.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_Govt official to be paid 160 million Day Also Acquiring of Wealth In Treasury Bank Account_

## III. Venue

The Southern District of California includes the Counties of San Diego and Imperial. If <u>one</u> of the venue options below applies, the Southern District is the correct place to file your lawsuit.

Venue is appropriate in this Court because *(check all that apply)*:

- [x] a substantial part of the events I am suing about occurred in San Diego or Imperial County
- [x] a substantial part of the property I am suing about is located in San Diego or Imperial County
- [x] I am suing the U.S. government, federal agency, or a federal official in his/her/their official capacity <u>and</u> I live in San Diego or Imperial County
- [x] at least one defendant resides in this district and all other defendants reside in California
- [ ] Other (identify the specific statute that says venue is proper here):

_Because this is where I was Born my foundations_

4

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

## IV. Statement of Claim(s)

Write a short and plain statement of each claim or legal cause of action you believe entitles you to relief. In your own words, briefly explain what each defendant did, when and where they did it, and how each defendant's acts or omissions caused you harm. If you wish to make more than one claim for relief, number each one and include a short and plain statement of each claim in a separate paragraph, as set forth below. Attach additional pages if needed.

A. FIRST CLAIM FOR RELIEF: Govt Official money (identify the law or right you claim was violated), by BESS Family (Leonard H Bess SR Audrey Irene Bess LiSon (name the defendant(s) involved). Dawn marie Bess Peggy Sue Bess Mary Elizabeth Bess

Supporting Facts (explain what happened):

Since the Day I was Born my Parents started Collecting my Tax Return Check from my Dad then they have Collected money along with my Brothr sisters Collecting wealth from the Treasury Dept both here In San Diego And In Springfield IL they have lied to me them whole Life About me not Have Any money I also know that At Court Records I have Seen the Evidence in the proceedings showing there were Card Hissings and wealth providtand to Time And Date I Did back work.

## IV. Statement of Claim(s) (cont'd)

B. SECOND CLAIM FOR RELIEF: __US Lows Family's__ (identify the law or right you claim was violated), by __fraud__

(name the defendant(s) involved). __Vesci Maelone Lewis Versace Trump Cayman__
Supporting Facts (explain what happened): __Copland Vesci__

They Held on to the Wealth I made and would not Let me work well Known of them in the Reality of life. Even though I didn't want to

C. THIRD CLAIM FOR RELIEF: __Lost United States__ (identify the law or right you claim was violated), by __fraud__

(name the defendant(s) involved). __President Shoe Tromey Center__
Supporting Facts (explain what happened):

They fraudulently Held Back the wealth and would not let me proceed with the wealth I had made

6

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.

☑ Money damages in the amount of: _All owed from First Check_

☑ Other (explain):

_All Assets and Business that I have Reported and that I'm About to Support to own_

_And that all Children Owen are show me parental Ayer of three Adopted phone # and they not be bothered Return order on All except for than more brandon bridge_

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or lack of information.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-10-2025

Plaintiff's Signature: _CuAFB_

Plaintiff's Printed Name: _Curtis Lou Bess_

7